UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-204 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| KRISTOPHER LEE CHILES, | ) | |
| | ) | |
| Defendant. | ) | |
|   | ) | |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    June 3, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant, age 22, has a lengthy criminal history. He was taken into custody for the instant offense after being found guilty of violating conditions of state supervision for failing

01 to report, failing to provide proof of chemical dependency evaluation, possessing a firearm,

02 possessing marijuana and failing to pay legal obligations. His criminal history includes numerous

03 failures to appear for hearing, drug use and possession while on supervision, and failure to follow

04 court orders regarding substance abuse evaluation.

05   2. Defendant is associated with one alias and two Social Security numbers. His

06 employment history is sporadic and he has been unemployed for the last six months. He is alleged

07 to have admitted to gang membership.

08   3. Defendant poses a risk of nonappearance due to lack of employment, sporadic

09 residence and employment history, alleged substance abuse, and a history of failures to appear and

10 to comply with court orders. He poses a risk of danger due to criminal history and alleged gang

11 membership / association with known gang members.

12   4. There does not appear to be any condition or combination of conditions that will

13 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

14 to other persons or the community.

15 It is therefore ORDERED:

16  (1) Defendant shall be detained pending trial and committed to the custody of the

17   Attorney General for confinement in a correction facility separate, to the extent

18   practicable, from persons awaiting or serving sentences or being held in custody

19   pending appeal;

20  (2) Defendant shall be afforded reasonable opportunity for private consultation with

21   counsel;

22  (3) On order of a court of the United States or on request of an attorney for the

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 2

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of June, 2008.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge