# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KRISTOPHER LEE CHILES,

    Defendant.

Case No. CR08-204-RSL

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on February 28, 2012. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Nicholas Brown, and defendant was represented by Lynn Hartfield. Also present was U.S. Probation Officer Leona Nguyen. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on January 9, 2009 by the Honorable Robert S. Lasnik for Felon in Possession of a Firearm. He received 46 months of detention and 3 years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 31, 2011, U.S. Probation Officer Andrew J Lorenzen alleged that

defendant violated the following conditions of supervised release:

1. Failing to report for drug testing as directed on December 29, 2011, and January 3 and January 25, 2012, in violation of his special conditions of release.

2. Using marijuana on or before January 9, 2012, in violation of standard condition 7.

3. Failing to report to the probation officer as directed on January 23, 2012, in violation of standard condition 2.

4. Failing to participate in Moral Reconation Therapy (MRT) as directed on or about January 23, 2012, in violation of the special condition.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on March 9, 2012 at 9:00 a.m. before District Judge Robert S. Lasnik.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 7th day of March, 2012.

DEAN BRETT
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2